**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                       Case No.: 1:21−cr−00208
                                                  Honorable Sharon Johnson Coleman

Hadi Isbaih

                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, June 29, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman as to Hadi Isbaih: Telephone status hearing held on 6/29/2022. Counsel for the government reported that there was a glitch with a discovery platform that has been resolved and defense counsel still needs to review that discovery with his client. An in−person status hearing is set for 8/18/2022 at 1:30 PM. Time is excluded to 8/18/2022 pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) with no objections. Mailed notice. (ym, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.